PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna. 19102
PHONE: 215-557-9000                    Counsel for Plaintiff

_____
____

_____     IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL M. WHITE                 :       CIVIL ACTION

        vs.                     :

DAVID W. HAMEN                  :       NO. 02-CV-3654
        - and -
DISCOUNT CAR & TRUCK           :
RENTALS, LTD.
                                :

## O R D E R

_____**AND NOW**, this _____ day of _____, 2002, upon consideration of

the within pleading, it is **ORDERED** and **DECREED** that the Order of this Court

dated June 14, 2002, denying Plaintiff's Motion to Remand is **VACATED** and said

Motion is hereby **GRANTED.**

                                BY THE COURT:


                        _____

___
                                                J.

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna.  19102
PHONE:  215-557-9000                    Counsel for Plaintiff

_____

_____            IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL M. WHITE                    :        CIVIL ACTION

        vs.                         :

DAVID W. HAMEN                      :        NO. 02-CV-3654
        - and -
DISCOUNT CAR & TRUCK                :
RENTALS, LTD.

                                    :

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER OF THIS COURT DATED JUNE 14, 2002, DENYING PLAINTIFF'S MOTION TO REMAND

1.  On June 12, 2002, plaintiff filed a Motion to Remand for the failure of

defendants to

prove the amount in controversy requirements, (**Exhibit "A"**).

2.  By Order dated June 14, 2002, (**Exhibit "B"**), the Motion to Remand was

denied as moot.

3.  If this Court grants Defendants' Petition for Leave to File an Amended Notice

of Removal, Plaintiff's Motion to Remand is no longer moot and it is respectfully

requested that it be granted.

      **WHEREFORE,** plaintiff respectfully requests this Honorable Court enter an

Order in

the form attached hereto.

                               PHILLIP H. BAER, LTD.


                               BY:_____

                                   PHILLIP H. BAER, ESQUIRE
                                   Counsel for Plaintiff

PHB:rlh

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna.  19102
PHONE:  215-557-9000                          Counsel for Plaintiff

_____

_____        IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL M. WHITE                    :        CIVIL ACTION

        vs.                        :

DAVID W. HAMEN                     :        NO. 02-CV-3654
        - and -
DISCOUNT CAR & TRUCK               :
RENTALS, LTD.
                                   :

## MEMORANDUM OF LAW

_____No citation of authority is necessary.

                                   Respectfully submitted,

                                   PHILLIP H. BAER, LTD.


                                   BY:_____

_____
                                        PHILLIP H. BAER,
ESQUIRE
                                        Counsel for Plaintiff

COMMONWEALTH OF PENNSYLVANIA     :
                                 :     SS
COUNTY OF PHILADELPHIA           :


    **PHILLIP H. BAER, ESQUIRE,** being duly sworn according to law, deposes and says that he is counsel for the plaintiff in the within action; that as such he is authorized to make this affidavit; and that the facts set forth in the foregoing pleading are true and correct to the best of his knowledge, information and belief.


        _____
          PHILLIP H. BAER, ESQUIRE


SWORN TO and SUBSCRIBED

before me this _____ day

of _____, 2002.


_____
    NOTARY PUBLIC

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna.  19102
PHONE:  215-557-9000                              Counsel for Plaintiff

---

        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL M. WHITE                    :        CIVIL ACTION

        vs.                        :

DAVID W. HAMEN                     :        NO. 02-CV-3654
        - and -
DISCOUNT CAR & TRUCK               :
RENTALS, LTD.

## CERTIFICATE OF SERVICE

    PHILLIP H. BAER, ESQUIRE, hereby certifies that he is counsel for plaintiff in the

above action and that on June 18, 2002, he furnished counsel for defendants with a copy of the

within Plaintiff's Motion for Reconsideration of the Order of this Court Dated June 14, 2002,

Denying Plaintiff's Motion to Remand by first-class mail at the following address:

        Thomas A. Kuzmick, Esquire
        Rawle and Henderson, LLP
        The Widener Building
        One South Penn Square
        Philadelphia, Penna.  19107

                  PHILLIP H. BAER, LTD.

BY:_____

_____

PHILLIP H. BAER,
ESQUIRE
Counsel for Plaintiff

June 18, 2002


Thomas A. Kuzmick, Esquire
Rawle and Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, Penna.  19107

RE:    **White vs. Hamen, et al**
       **Your File No. 439,503**
_____


Dear Mr. Kuzmick:

    Enclosed are copies of the following, the originals of which have been duly filed with the Court:

    1.    Plaintiff's Answer to Defendants' Petition for Leave to File an Amended Notice of Removal; and

    2.    Plaintiff's Motion for Reconsideration of the Order of this Court Dated June 14, 2002, Denying Plaintiff's Motion to Remand.

    Sincerely,


_____
PHILLIP H. BAER

PHB:rlh
Enc.