PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna.  19102
PHONE:   215-557-9000                                             Counsel for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL M. WHITE | : | CIVIL ACTION |
| vs. | : | |
| DAVID W. HAMEN<br>- and -<br>DISCOUNT CAR & TRUCK RENTALS, LTD. | : | NO. 02-CV-3654 |
| | : | |

<u>ALTERNATE ORDER NO. 1</u>

_____**AND NOW**, this ____ day of _____, 2002, upon consideration of the within pleading, it is **ORDERED** and **DECREED** that Defendants, **DAVID W. HAMEN** and **DISCOUNT CAR & TRUCK RENTALS, LTD.**'s Petition for Leave to file an Amended Notice of Removal is hereby **DENIED**.

BY THE COURT:

_____
                                                       J.

PHILLIP H. BAER, ESQUIRE  
Phillip H. Baer, Ltd.  
Identification No. 03745  
19th Floor, 1515 Market Street  
Philadelphia, Penna. 19102  
PHONE: 215-557-9000                                  Counsel for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL M. WHITE | : | CIVIL ACTION |
| vs. | : | |
| DAVID W. HAMEN | : | NO. 02-CV-3654 |
| - and - | | |
| DISCOUNT CAR & TRUCK RENTALS, LTD. | : | |
| | : | |

<u>ALTERNATE ORDER NO. 2</u>

**AND NOW**, this _____ day of _____, 2002, upon consideration of the within pleading, it is **ORDERED** and **DECREED** that the Order of this Cout dated June 14, 2002, denying Plaintiff's Motion to Remand on the basis that it was moot is hereby **VACATED**.

**IT IS FURTHER ORDERED** that defendants, **DAVID W. HAMEN** and **DISCOUNT CAR & TRUCK RENTALS, LTD.**, having failed to prove the amount in controversy requirements, Plaintiff's Motion to Remand is hereby **GRANTED**.

BY THE COURT:

_____ J.

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna. 19102
PHONE: 215-557-9000                                            Counsel for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL M. WHITE | : | CIVIL ACTION |
| vs. | : | |
| DAVID W. HAMEN<br>- and -<br>DISCOUNT CAR & TRUCK RENTALS, LTD. | : | NO. 02-CV-3654 |
| | : | |

**PLAINTIFF'S ANSWER TO DEFENDANTS' PETITION
FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL**

An amendment of a removal petition after the deadline has passed is subject to restrictive standards under which removal is limited to instances involving only minor technical corrections. The <u>Camacho</u> case is not applicable, since it involved merely an attempt by defendant to more specifically allege plaintiff's citizenship. As the Court stated:

> "Defendants now seek only to allege <u>more specifically</u> the plaintiff's citizenship, not to set forth a ground for federal jurisdiction that was missing in the original petition."
> (Emphasis added.)

In the case at bar, however, the defendants allegation that it has "**a principal place of business located at 720 Arrow Road, North York, Ontario, Canada**", (emphasis added), is

not a technical defect, but rather goes to the heart and substance of jurisdiction.

However, if this Court finds otherwise, it is respectfully requested that the Court's Order of June 14, 2002, denying as moot Plaintiff's Motion to Remand be vacated, and that said Motion be granted for the failure of defendants to prove the amount in controversy requirement.

**WHEREFORE**, plaintiff respectfully requests this Honorable Court enter an Order in the form attached hereto.

                                                  PHILLIP H. BAER, LTD.

                                        BY:_____
                                                  PHILLIP H. BAER, ESQUIRE
                                                  Counsel for Plaintiff

PHB:rlh

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna. 19102
PHONE: 215-557-9000                          Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL M. WHITE | : | CIVIL ACTION |
| vs. | : | |
| DAVID W. HAMEN | : | NO. 02-CV-3654 |
| - and - | | |
| DISCOUNT CAR & TRUCK RENTALS, LTD. | : | |
| | : | |

## MEMORANDUM OF LAW

\_\_\_\_\_ No citation of authority is necessary.

Respectfully submitted,

PHILLIP H. BAER, LTD.

BY:_____
PHILLIP H. BAER, ESQUIRE
Counsel for Plaintiff

COMMONWEALTH OF PENNSYLVANIA    :
                                : SS
COUNTY OF PHILADELPHIA          :

      PHILLIP H. BAER, ESQUIRE, being duly sworn according to law, deposes and says that he is counsel for the plaintiff in the within action; that as such he is authorized to make this affidavit; and that the facts set forth in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

                                                      _____
                                                      PHILLIP H. BAER, ESQUIRE

SWORN TO and SUBSCRIBED

before me this _____ day

of _____, 2002.

_____
     NOTARY PUBLIC

PHILLIP H. BAER, ESQUIRE
Phillip H. Baer, Ltd.
Identification No. 03745
19th Floor, 1515 Market Street
Philadelphia, Penna. 19102
PHONE: 215-557-9000                               Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL M. WHITE                    :    CIVIL ACTION

     vs.                           :

DAVID W. HAMEN                     :    NO. 02-CV-3654
     - and -
DISCOUNT CAR & TRUCK               :
RENTALS, LTD.

### CERTIFICATE OF SERVICE

PHILLIP H. BAER, ESQUIRE, hereby certifies that he is counsel for plaintiff in the above action and that on June 18, 2002, he furnished counsel for defendants with a copy of the within Plaintiff's Answer to Defendants' petition for Leave to File an Amended Notice of Removal by first-class mail at the following address:

>    Thomas A. Kuzmick, Esquire
>    Rawle and Henderson, LLP
>    The Widener Building
>    One South Penn Square
>    Philadelphia, Penna. 19107

                                        PHILLIP H. BAER, LTD.

                                        BY:_____
                                            PHILLIP H. BAER, ESQUIRE
                                            Counsel for Plaintiff