IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL M. WHITE,**<br>      **Plaintiff**<br><br>      v.<br><br>**DAVID W. HAMEN, et al.,**<br>      **Defendants** | **CIVIL ACTION**<br>**No. 02-3654** |

# O R D E R

**AND NOW,** this 21st day of June, 2002, upon consideration of Plaintiff's Motion for Reconsideration of the Order of this Court dated June 14, 2002, Denying Plaintiff's Motion to Remand, it is hereby **ORDERED** that the motion is **DENIED** as moot.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**