IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL M. WHITE,**<br>        **Plaintiff**<br><br>   v.<br><br>**DAVID W. HAMEN, et al.,**<br>        **Defendants** | **CIVIL ACTION**<br>**No. 02-3654** |

**O R D E R**

**AND NOW,** this 21st day of June, 2002, upon consideration of Defendants' Petition for Leave to File an Amended Notice of Removal and the response thereto, it is hereby **ORDERED** that said Petition is **DENIED**. The failure to set forth the basis for this court's jurisdiction is hardly a technical defect.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**